TOWN OF SOMERS, Respondent, *v.* EDWIN B. COVEY, as Committee of the Person and Property of NORA BRAINARD, an Incompetent, Appellant.

Argued January 12, 1955; decided February 28, 1955.

*Adolph I. King* and *Samuel M. Sprafkin* for appellant.

*Harry H. Chambers* and *Stanley E. Anderson* for respondent.

Order affirmed, without costs. Question certified answered in the affirmative. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.